**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: September 15, 2008**



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 BANKRUPTCY |
| NATASHA HAMMOC | ) | CASE NO. 2-08-bk-05138-SSC |
| | ) | DISMISSAL ORDER |
| Debtor(s) | ) | |

It having been shown to the Court that the Debtor(s) has failed to comply with the Court requirement concerning:

Pursuant to General Order 99, Rule 2084-10, Debtor(s) have failed to make the interim Plan payments. **Debtor(s) are currently delinquent $4,152.00 with another Plan payment of $1,038.00 due on 10/4/08**.

Pursuant to the Trustee's Recommendation entered 7/25/08, docket #19, Debtor(s) failed to resolve any/all items in the Recommendation, bring and keep Plan payments current and submit the Stipulated Order, as required on or before 8/25/08. **Debtor is currently delinquent-- see above.** Trustee notes that no Motions to Extend Time appear on the Court's Docket.

**IF DEBTOR(S) OBJECT TO THIS DISMISSAL ORDER, THE TRUSTEE REQUIRES THE DEBTORS TO SET THIS MATTER FOR HEARING**

**NOW THEREFORE, IT IS ORDERED,**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor(s) motion. The Court may set a hearing on the Debtor(s) motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 28 U.S.C. § 586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the Debtor(s);

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor(s) funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney. If the Debtor(s) Chapter 13 Plan contained an Application for the Payment of Administrative Expenses to the Debtor(s) attorney and no party filed an objection to the Application, then the Debtor(s) attorney may lodge an Order approving the Application within ten days after the Court enters this Dismissal Order. Alternatively, the Debtor(s) attorney has ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court previously entered a payroll deduction order on one or both of the Debtor(s) wages, then the Court vacates that order; and

(F) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated.

DATED:_____

SARAH SHARER CURLEY.
U. S. Bankruptcy Judge

Lodged with the Court and mailed on
See Electronic Signature Block to:

Joseph Charles
P. O. Box 1737
Glendale, AZ 85311

Natasha Hammoc
9436 W. Eaton Road
Phoenix, AZ 85037

Lucinda Hernandez
Digitally signed by Lucinda Hernandez
DN: cn=Lucinda Hernandez, c=US, o=Edward J. Maney, Chapter 13 Trustee, email=lucindah@maney13trustee.com
Date: 2008.09.05 10:46:50 -07'00'

GRANTED

1 Clerk, Chapter 13 Trustee
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GRANTED

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2           User: snydera              Page 1 of 2              Date Rcvd: Sep 16, 2008
Case: 08-05138                 Form ID: pdf002            Total Served: 64


The following entities were served by first class mail on Sep 18, 2008.
db            NATASHA D HAMMOC,    9436 WEST EATON ROAD,    PHOENIX, AZ 85037-4274
aty           JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
smg          +AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ 85007-2612
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,    210 EAST EARLL DR, MS 5014 PX,    PHOENIX, AZ  85012)
cr           +ARIZONA DEPARTMENT OF REVENUE,    SPECIAL OPERATIONS SECTION,    1600 W MONROE,7TH FLOOR,
               PHOENIX, AZ 85007-2612
cr           +HSBC AUTO FINANCE DEPARTMENT,    P.O. BOX 60130,    CITY OF INDUSTRY, CA 91716-0130
7348287       ALLIED INTERSTATE,    P.O. BOX 369008,    Columbus OH 43236-9008
7355205      +ARIZONA DEPARTMENT OF REVENUE,    SPECIAL OPERATIONS UNIT,    1600 W. MONROE, 7TH FLOOR,
               PHOENIX, AZ 85007-2612
7348288       AT&T,    P.O. BOX 8212,    Aurora IL 60572-8212
7470879      +AT&T Wireless,    Vativ Recovery Solutions, LLC,    As agent for Palisades/Asta Funding,
               PO Box 19249,    Sugar Land, TX 77496-9249
7348290      +BALLY TOTAL FITNESS,    12440 IMPERIOAL HWY #300,    Norwalk CA 90650-3178
7348289       BALLY TOTAL FITNESS,    P.O. BOX 1070,    Norwalk CA 90651-1070
7348291       BANNER ESTRELLA MED CTR,    P.O. BOX 2978,    Phoenix AZ 85062-2978
7348292       BLOCKBUSTER-04143,    11435 BUCKEYE RD A-106,    Avondale AZ 85323-6812
7348293      +BYL COLLECTION SERVICES,    P.O. BOX 5046,    West Chester PA 19380-0401
7368399      +Banner Health,    Patient Financial Services,    PO Box 2978,    Phoenix, AZ 85062-2978
7348294       CAPITAL ONE BANK,    P. O. Box 85520,    Richmond VA 23285-5520
7348295      +CASH ADVANCE,    % CERTIFIED RECOVERY SYSTEMS,    6161 SAVOY DR #600,    Houston TX 77036-3339
7348296      +CASH CENTRAL,    84 EAST 2400 NORTH,    Logan UT 84341-2902
7348297       CCB CREDIT SERVICES,    P.O. BOX 272,    Springfield IL 62705-0272
7348298      +COLUMBIA ER MEDICAL GROUP 734,    %GRANT & WEBER,    26575 W AGOURA RD,    Calabasas CA 91302-2975
7348299      +COX CABLE,    P. O. Box 78071,    Phoenix AZ 85062-8071
7348300      +CREDIT PROTECTION ASSOC,    13355 NOEL RD,    Dallas TX 75240-6602
7348301       CREDIT PROTECTIONS ASSOCIATIONS,    1355 NOEL ROAD #2100,    Dallas TX 75240
7348302      +DESERT FAMILY MEDICINE PC,    2152 S VINEYARD AVE,    Mesa AZ 85210-6871
7348303    +++DEVRY,    1 TOWER LANE STE 1000,    OAKBROOK TERRACE IL 60181-4663
7348304       ERIN CAPITAL MANAGEMENT LLC,    % LAW OFFICE OF KEITHE S SCHINDLER, LTD,    Wheeling IL 60090
7348305      +GC SERVICES,    6330 GULTO,    Houston TX 77081-1198
7348306      +GRAND CANYON UNIVERSITY,    c/o Thomas Schern Richardson, PLLC,    1640 S. Stapley Drive #205,
               Mesa, AZ 85204-6666
7371332      +GRANT & WEBER,    26575 W AGOURA RD,    CALABASAS CA 91302-2975
7348307       HSBC AUTO FINANCE,    P.O. BOX 60115,    City Of Industry CA 91716-0115
7421582      +HSBC Auto Finance (f/k/a Household Auto Finance Co,    P.O. Box 60130,
               City Of Industry, CA 91716-0130
7348309     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICE,    210 EARL DRIVE MS 5014,
               SPECIAL PROCEDURES INSOLVENCY,    Phoenix AZ 85012)
7348308     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICE,    P.O. BOX 21126,
               CENTRALIZED INSOLVANCY OP,    Philadelphia PA 19114-1136)
7348310       INTERNAL REVENUE SERVICES,    P.O. BOX 6601691,    Dallas TX 75266-0169
7348311       LACLEDE GAS COMPANY,    % STEVEN GARRETT, ATTORNEY,    P.O. BOX 1676,    Saint Louis MO 63188-1676
7549862      +LACLEDE GAS COMPANY,    C/O BANKRUPTCY,    720 OLIVE ST RM 1215,    ST LOUIS MO 63101-2338
7348312       MAYO CLINIC,    P.O. BOX 52557,    Phoenix AZ 85072-2557
7348313      +MEMORIAL MED CTR LONG BEACH,    % PROGRESSSEIVE MGMTT STSTEM,    1521 W CAMERON AVE FLOOR 1,
               West Covina CA 91790-2738
7348314      +MIDLAND CREDIT MANAGEMENT,    %DANIELS & NORELLI, PC,    900 MERCHANTS CON #400,
               Westbury NY 11590-5114
7348315       MUNICIPAL COLLECTION SERVICES,    P.O. BOX 666,    Lansing IL 60438-0666
7533896      +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
7348316      +NATIONAL CREDIT ADJUSTMENT,    327 W 4TH AVENUE,    Hutchinson KS 67501-4842
7348317      +NUVELL,    17500 CHENAL PARKWAY,    Little Rock AR 72223-9131
7350627       Nuvell Credit Company LLC,    P.O. Box 130156,    Roseville, MN 55113-0002
7348318      +RONI LYNN DEUTCH, PTC,    4815 WATT AVE,    North Highlands CA 95660-5108
7348319       SALUTE,    P.O. BOX 105555,    Atlanta GA 30348-5555
7348320       SAULTE,    PAYMENT PROCESSING,    P.O. BOX 11802,    Newark NJ 07101-8102
7348321       SBC ILLINOIS,    % ASSET ACCEPTANCE LLC,    10500 HIGHWAY 281 N #200,    San Antonio TX 78216
7348322       SPRINT,    P.O. BOX 54977,    Los Angeles CA 90054-0977
7348323       SRP,    P.O. BOX 2950,    Phoenix AZ 85062-2950
7348324      +ST. LOUIS UNIVERSITY HOSPITAL,    % CENTRAL FIN CONTROL,    P.O. BOX 66051,    Anaheim CA 92816-6051
7348325      +T-MOBILE,    %SUPERIOR ASSET MANAGEMENT,    18167 US HIIGHWAY 19N ST,    Clearwater FL 33764-3528
7533038      +THE CURATORS OF THE UNIVERSITY OF MISSOURI,    227 UNIVERSITY HALL,    COLUMBIA MO 65211-3020
7348326       TIRBUTE,    P.O. BOX 105341,    Atlanta GA 30348-5341
7348327      +U.S. BANK CHECKING ACCOUNT,    % PHILLIPS & BURNS, LLC,    461 ELLICOTT ST 3RD FLOOR,
               Buffalo NY 14203-1544
7348328       U.S. DEPARTMENT OF EDUCATION,    P.O. BOX 530260,    Atlanta GA 30353-0260
7348329      +UNITED CASH,    % CERTIFIED RECOVERY SYSTEMS,    6161 SAVOY DRIVE #600,    Houston TX 77036-3339
7427426       United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
7477092      +Wells Fargo Bank,    Overdraft Recovery Payment Pro. Dept.,    A0143-042,    P.O. Box 63491,
               San Francisco, Ca 94163-0001
7450351       eCAST Settlement Corporation assignee of,    Capital One Bank,    POB 35480,    Newark NJ 07193-5480
```

```
District/off: 0970-2           User: snydera            Page 2 of 2              Date Rcvd: Sep 16, 2008
Case: 08-05138                 Form ID: pdf002          Total Served: 64
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Sep 17, 2008.
```
7449092       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                      Asset Acceptance LLC,
               PO BOX 2036,    Warren, MI 48090-2036
7432649       +E-mail/Text: bknotice@ncmllc.com                                 National Capital Management, LLC,
               8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
7406724        E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Sep 17 2008 04:02:31      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                                     TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2008**           **Signature:**   _Joseph Speetjens_